# IN THE SUPREME COURT OF THE STATE OF NEVADA

FRED KRAUS, AN INDIVIDUAL REGISTERED TO VOTE IN CLARK COUNTY, NEVADA; DONALD J. TRUMP FOR PRESIDENT, INC.; AND NEVADA REPUBLICAN PARTY,
Appellants,
vs.
BARBARA K. CEGAVSKE, IN HER OFFICIAL CAPACITY AS NEVADA SECRETARY OF STATE; JOSEPH P. GLORIA, IN HIS OFFICIAL CAPACITY AS REGISTRAR OF VOTERS FOR CLARK COUNTY, NEVADA; DEMOCRATIC NATIONAL COMMITTEE; AND NEVADA STATE DEMOCRATIC PARTY,
Respondents.

No. 82018

FILED

NOV 1 0 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal challenges a district court order denying a petition for a writ of mandamus or prohibition in an election matter.

On November 5, 2020, appellants moved for an extension of time to file the opening brief due to a pending settlement agreement with respondents. That motion was granted, rendering the opening brief due on or before November 12, 2020, unless a motion to dismiss was filed first. Appellants have now filed a motion to dismiss this appeal, with all parties to bear their own fees and costs, seeking to return jurisdiction to the district court so that the parties may submit the stipulation and order resulting from their settlement agreement.

20-41186

The motion is granted, and this appeal is hereby dismissed, with this matter immediately remanded to the district court. *See* NRAP 41(a)(1). The parties shall bear their own attorney fees and costs.

It is so ORDERED.

_____ , C.J.
Pickering

_____ , J.          _____ , J.
Gibbons                                 Hardesty

_____ , J.          _____ , J.
Parraguirre                            Stiglich

_____ , J.          _____ , J.
Cadish                                 Silver

cc:    Hon. James E. Wilson, District Judge
       Marquis Aurbach Coffing
       O'Mara Law Firm, P.C.
       Harvey & Binnall, PLLC
       Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP/Las Vegas
       Attorney General/Carson City
       Perkins Coie, LLP/Washington DC
       Clark County District Attorney/Civil Division
       Carson City Clerk